**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Skylynn Sierra Howard | : | Bankruptcy No. 23-12943-mdc |

# O R D E R

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"), it is hereby **ORDERED** that:

1. Pending further order of this court, the automatic stay is **EXTENDED** with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect until October 31st, 2023, unless modified by the court in accordance with 11 U.S.C. 362(d) and Fed. R. Bankr. P. 4001(a).

2. A further hearing (telephonic) on the Motion shall be held on October 31st, 2023 at 10:30 a.m., in Bankruptcy Courtroom No. 2, 900 Market Street, Second Floor, Philadelphia, Pennsylvania to consider further extension of the automatic stay.

3. Counsel for Debtor shall serve this Order on all interested parties by Electronic Means and/or first-class mail.

Dated: October 17th, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Chapter 13 Standing Trustee

1234 Market Street, Suite 1813 Philadelphia, PA 19107

MICHAEL I. ASSAD

Cibik Law, P.C.

1500 Walnut St

Ste 900

Philadelphia, PA 19102