## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:					:	CHAPTER 13

Skylynn Sierra Howard

		DEBTOR		:	BKY. NO.  23-12943-mdc


## CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING

1. That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the MOTION TO   EXTEND STAY  was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

					Respectfully submitted,

DATE:  November 6, 2023			 /s/ Michael A. Cibik
					MICHAEL A. CIBIK, ESQUIRE
					CIBIK LAW, P.C.
					1500 WALNUT STREET, STE. 900
					PHILADELPHIA, PA 19102
					(215) 735-1060