# GP MOBILE

GP Mobile, LLC
4515 Lyndon B Johnson Fwy
Dallas, TX 75244

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/01/2023 |
| Period End Date | 06/30/2023 |
| Pay Date | 08/11/2023 |
| Document | 275270 |
| **Net Pay** | **$780.83** |

## Pay Details

**SKYLYNN HOWARD**
1300 FAIRMOUNT AVE
PHILADELPHIA, PA 19123
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 6500465 | Pay Group | GPM Hourly | |
| SSN | XXX-XX-XXXX | Location | County Line Plaza-825E | |
| Job | Keyholder | Region | NE - NorthEast | |
| Pay Rate | $13.0000 | Market | PHILA - Philadelphia | |
| Pay Frequency | Biweekly | Department | 825E - County Line Plaza | |
| | | State | PA - Pennsylvania | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | | | $927.14 | $2,407.75 |
| OT Coeffecient | | | $3.12 | $5.18 |
| Overtime 1.5 | 0.0000 | $0.0000 | $0.00 | $222.58 |
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $9,166.62 |

**Total Hours** 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $39.76 | $464.86 |
| Employee Medicare | $13.49 | $171.13 |
| Social Security Employee Tax | $57.67 | $731.73 |
| PA State Income Tax | $28.56 | $362.35 |
| HILLTOWN | $9.30 | $118.03 |
| HILLTOWN TWP | $0.00 | $19.91 |
| PENNRIDGE SD | $0.00 | $2.09 |
| PA Unemployment Employee | $0.65 | $8.27 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| GP ILLNESS | 0.0000 | 24.7769 | 8.0000 |
| GP PTO | 0.0000 | 23.5948 | 23.5948 |

*Available to Take

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6353 | Checking | $780.83 |
| Total | | $780.83 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $930.26 | $930.26 | $149.43 | $0.00 | **$780.83** |
| YTD | $11,802.13 | $11,802.13 | $1,878.37 | $0.00 | $9,923.76 |

# GP MOBILE

GP Mobile, LLC
4515 Lyndon B Johnson Fwy
Dallas, TX 75244

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/27/2023 |
| Period End Date | 08/09/2023 |
| Pay Date | 08/18/2023 |
| Document | 277961 |
| **Net Pay** | **$152.85** |

## Pay Details

**SKYLYNN HOWARD**
1300 FAIRMOUNT AVE
PHILADELPHIA, PA 19123
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 6500465 | Pay Group | GPM Hourly | |
| SSN | XXX-XX-XXXX | Location | County Line Plaza-825E | |
| Job | Keyholder | Region | NE - NorthEast | |
| Pay Rate | $13.0000 | Market | PHILA - Philadelphia | |
| Pay Frequency | Biweekly | Department | 825E - County Line Plaza | |
| | | State | PA - Pennsylvania | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | 0.0000 | $0.0000 | $0.00 | $2,407.75 |
| OT Coeffecient | 0.0000 | $0.0000 | $0.00 | $5.18 |
| Overtime 1.5 | 0.0000 | $0.0000 | $0.00 | $222.58 |
| Regular Pay | 13.3300 | $13.0000 | $173.29 | $9,568.45 |

**Total Hours** 13.3300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $464.86 |
| Employee Medicare | $2.52 | $176.96 |
| Social Security Employee Tax | $10.75 | $756.65 |
| PA State Income Tax | $5.32 | $374.69 |
| HILLTOWN | $1.73 | $122.05 |
| HILLTOWN TWP | $0.00 | $21.72 |
| PENNRIDGE SD | $0.00 | $2.28 |
| PA Unemployment Employee | $0.12 | $8.55 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| GP ILLNESS | 0.4439 | 25.8062 | 8.0000 |
| GP PTO | 0.0000 | 25.4129 | 25.4129 |

*Available to Take

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6353 | Checking | $152.85 |
| Total | | $152.85 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $173.29 | $173.29 | $20.44 | $0.00 | **$152.85** |
| YTD | $12,203.96 | $12,203.96 | $1,927.76 | $0.00 | $10,276.20 |

# GP MOBILE

GP Mobile, LLC
4515 Lyndon B Johnson Fwy
Dallas, TX 75244

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/10/2023 |
| Period End Date | 08/23/2023 |
| Pay Date | 09/01/2023 |
| Document | 279532 |
| **Net Pay** | **$284.11** |

## Pay Details

**SKYLYNN HOWARD**
1300 FAIRMOUNT AVE
PHILADELPHIA, FA 19123
USA

| | | | |
|---|---|---|---|
| Employee Number | 6500465 | Pay Group | GPM Hourly |
| SSN | XXX-XX-XXXX | Location | County Line Plaza-825E |
| Job | Keyholder | Region | NE - NorthEast |
| Pay Rate | $13.0000 | Market | PHILA - Philadelphia |
| Pay Frequency | Biweekly | Department | 825E - County Line Plaza |
| | | State | PA - Pennsylvania |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | 0.0000 | $0.0000 | $0.00 | $2,407.75 |
| OT Coeffecient | 0.0000 | $0.0000 | $0.00 | $5.18 |
| Overtime 1.5 | 0.0000 | $0.0000 | $0.00 | $222.58 |
| Regular Pay | 24.9500 | $13.0000 | $324.35 | $9,892.80 |

**Total Hours** 24.9500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $464.86 |
| Employee Medicare | $4.70 | $181.66 |
| Social Security Employee Tax | $20.11 | $776.76 |
| PA State Income Tax | $9.96 | $384.65 |
| HILLTOWN | $3.24 | $125.29 |
| HILLTOWN TWP | $1.81 | $23.53 |
| PENNRIDGE SD | $0.19 | $2.47 |
| PA Unemployment Employee | $0.23 | $8.78 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| GP ILLNESS | 0.8308 | 26.6370 | 8.0000 |
| GP PTO | 1.8181 | 27.2310 | 27.2310 |

*Available to Take

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6353 | Checking | $284.11 |
| Total | | $284.11 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $324.35 | $324.35 | $40.24 | $0.00 | **$284.11** |
| YTD | $12,528.31 | $12,528.31 | $1,968.00 | $0.00 | $10,560.31 |

# GP MOBILE

GP Mobile, LLC
4515 Lyndon B Johnson Fwy
Dallas, TX 75244

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/24/2023 |
| Period End Date | 09/06/2023 |
| Pay Date | 09/15/2023 |
| Document | 283810 |
| **Net Pay** | **$340.08** |

## Pay Details

**SKYLYNN HOWARD**
1300 FAIRMOUNT AVE
PHILADELPHIA, PA 19123
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 6500465 | Pay Group | GPM Hourly |
| SSN | XXX-XX-XXXX | Location | County Line Plaza-825E |
| Job | Keyholder | Region | NE - NorthEast |
| Pay Rate | $13.0000 | Market | PHILA - Philadelphia |
| Pay Frequency | Biweekly | Department | 825E - County Line Plaza |
| | | State | PA - Pennsylvania |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | 0.0000 | $0.0000 | $0.00 | $2,407.75 |
| OT Coeffecient | 0.0000 | $0.0000 | $0.00 | $5.18 |
| Overtime 1.5 | 0.0000 | $0.0000 | $0.00 | $222.58 |
| Regular Pay | 29.8300 | $13.0000 | $387.79 | $10,280.59 |

Total Hours  29.8300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $464.86 |
| Employee Medicare | $5.62 | $187.28 |
| Social Security Employee Tax | $24.04 | $800.80 |
| PA State Income Tax | $11.90 | $396.55 |
| HILLTOWN | $3.88 | $129.17 |
| HILLTOWN TWP | $1.81 | $25.34 |
| PENNRIDGE SD | $0.19 | $2.66 |
| PA Unemployment Employee | $0.27 | $9.05 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| GP ILLNESS | 0.9933 | 27.6303 | 8.0000 |
| GP PTO | 1.8181 | 29.0491 | 29.0491 |

*Available to Take

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6353 | Checking | $340.08 |
| Total | | $340.08 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $387.79 | $387.79 | $47.71 | $0.00 | **$340.08** |
| YTD | $12,916.10 | $12,916.10 | $2,015.71 | $0.00 | $10,900.39 |

# GP MOBILE

GP Mobile, LLC
4515 Lyndon B Johnson Fwy
Dallas, TX 75244

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/07/2023 |
| Period End Date | 09/20/2023 |
| Pay Date | 09/29/2023 |
| Document | 286655 |
| **Net Pay** | **$189.16** |

## Pay Details

**SKYLYNN HOWARD**
1300 FAIRMOUNT AVE
PHILADELPHIA, PA 19123
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 6500465 | Pay Group | GPM Hourly | |
| SSN | XXX-XX-XXXX | Location | County Line Plaza-825E | |
| Job | Keyholder | Region | NE - NorthEast | |
| Pay Rate | $13.0000 | Market | PHILA - Philadelphia | |
| Pay Frequency | Biweekly | Department | 825E - County Line Plaza | |
| | | State | PA - Pennsylvania | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Commission | 0.0000 | $0.0000 | $0.00 | $2,407.75 |
| OT Coeffecient | 0.0000 | $0.0000 | $0.00 | $5.18 |
| Overtime 1.5 | 0.0000 | $0.0000 | $0.00 | $222.58 |
| Regular Pay | 16.6700 | $13.0000 | $216.71 | $10,497.30 |

Total Hours  16.6700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $0.00 | $464.86 |
| Employee Medicare | $3.15 | $190.43 |
| Social Security Employee Tax | $13.43 | $814.23 |
| PA State Income Tax | $6.65 | $403.20 |
| HILLTOWN | $2.17 | $131.34 |
| HILLTOWN TWP | $1.81 | $27.15 |
| PENNRIDGE SD | $0.19 | $2.85 |
| PA Unemployment Employee | $0.15 | $9.20 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---:|---:|---:|
| GP ILLNESS | 0.5551 | 28.1855 | 8.0000 |
| GP PTO | 1.8181 | 30.8672 | 30.8672 |

*Available to Take

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx6353 | Checking | $189.16 |
| Total | | $189.16 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $216.71 | $216.71 | $27.55 | $0.00 | **$189.16** |
| YTD | $13,132.81 | $13,132.81 | $2,043.26 | $0.00 | $11,089.55 |