| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| EIL | 010669 | 410500 | | 0000330242 | 1 |

# Earnings Statement

**ADP**

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

Period Beginning:    07/29/2023
Period Ending:       08/11/2023
Pay Date:            08/17/2023

SKYLYNN  S  HOWARD
1300  FAIRMOUNT  AVENUE  APT 701
PHILADELPHIA  PA  19123

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 79.85 | 1,397.38 | 3,353.88 |
| Overtime | 26.2500 | .10 | 2.63 | 32.82 |
| **Gross Pay** | | | **$1,400.01** | 3,386.70 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -95.61 | 197.22 |
| | Social Security Tax | -86.81 | 209.98 |
| | Medicare Tax | -20.30 | 49.11 |
| | PA State Income Tax | -42.98 | 103.97 |
| | Philadelphia Income Tax | -52.50 | 127.00 |
| | Richland Twp Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -0.98 | 2.37 |
| **Net Pay** | | **$1,098.83** | |
| Checking 1 | | -1,098.83 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,400.01

© 2000 ADP, Inc.

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

Advice number:    00000330242
Pay date:         08/17/2023

Deposited to the account of
SKYLYNN  S  HOWARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6353 | xxxx xxxx | $1,098.83 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| EIL | 010669 | 410500 | | 0000310235 | 1 |

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA 18944-0176

**Earnings Statement** — ADP

Period Beginning: 07/15/2023
Period Ending: 07/28/2023
Pay Date: 08/03/2023

SKYLYNN S HOWARD
1300 FAIRMOUNT AVENUE APT 701
PHILADELPHIA PA 19123

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**Important Notes**
BASIS OF PAY: HOURLY

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 80.00 | 1,400.00 | 1,956.50 |
| Overtime | 26.2500 | 1.15 | 30.19 | 30.19 |
| **Gross Pay** | | | **$1,430.19** | 1,986.69 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -99.23 | 101.61 |
| | Social Security Tax | -88.67 | 123.17 |
| | Medicare Tax | -20.74 | 28.81 |
| | PA State Income Tax | -43.91 | 60.99 |
| | Philadelphia Income Tax | -53.63 | 74.50 |
| | Richland Twp Local Svc Tax | -2.00 | 4.00 |
| | PA SUI Tax | -1.00 | 1.39 |

| Net Pay | $1,121.01 |
|---|---|
| Checking 1 | -1,121.01 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are
$1,430.19

© 2000 ADP, Inc.

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA 18944-0176

Advice number: 00000310235
Pay date: 08/03/2023

Deposited to the account of
SKYLYNN S HOWARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6353 | XXXX XXXX | $1,121.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| EIL | 010669 | 410500 | | 0000410240 | 030 1 |

# Earnings Statement

ADP

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

Period Beginning:  09/23/2023
Period Ending:     10/06/2023
Pay Date:          10/12/2023

SKYLYNN S HOWARD
1300 FAIRMOUNT AVENUE APT 701
PHILADELPHIA PA 19123

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 78.85 | 1,379.88 | 8,789.92 |
| Overtime | 26.2500 | .25 | 6.56 | 89.78 |
| Holiday | | | | 140.00 |
| **Gross Pay** | | | **$1,386.44** | 9,019.70 |

Your federal taxable wages this period are $1,226.59

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -74.80 | 526.07 |
| | Social Security Tax | -76.08 | 529.59 |
| | Medicare Tax | -17.80 | 123.86 |
| | PA State Income Tax | -37.66 | 262.18 |
| | Philadelphia Income Tax | -52.01 | 338.30 |
| | Richland Twp Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -0.97 | 6.31 |
| **Other** | | | |
| | Dental Pretax | -4.21* | 12.63 |
| | Med Pretax | -148.45* | 445.35 |
| | Medical Fsa | -1.00* | 3.00 |
| | Pretax Vision | -6.19* | 18.57 |
| | ROTH $ | -83.22 | 83.22 |
| | Vol Life Ee | -1.22 | |
| **Net Pay** | | **$880.83** | |
| | Checking 1 | -880.83 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.53 | 1.59 |
| 401K Er Match | 83.22 | 83.22 |
| Pto Acc | | 64.00 |

**Important Notes**
BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

Advice number:  00000410240
Pay date:       10/12/2023

Deposited to the account of
SKYLYNN S HOWARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6353 | xxxx xxxx | $880.83 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| EIL | 010669 | 410500 | | 0000390232 | 1 |

**Earnings Statement**

ADP

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

Period Beginning: 09/09/2023
Period Ending: 09/22/2023
Pay Date: 09/28/2023

SKYLYNN S HOWARD
1300 FAIRMOUNT AVENUE APT 701
PHILADELPHIA PA 19123

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 80.00 | 1,400.00 | 7,410.04 |
| Overtime | 26.2500 | .82 | 21.53 | 83.22 |
| Holiday | | | | 140.00 |
| **Gross Pay** | | | **$1,421.53** | 7,633.26 |

Your federal taxable wages this period are $1,261.68

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -79.01 | 451.27 |
| | Social Security Tax | -78.26 | 453.51 |
| | Medicare Tax | -18.30 | 106.06 |
| | PA State Income Tax | -38.73 | 224.52 |
| | Philadelphia Income Tax | -53.33 | 286.29 |
| | Richland Twp Local Svc Tax | -2.00 | 12.00 |
| | PA SUI Tax | -0.99 | 5.34 |
| **Other** | | | |
| | Dental Pretax | -4.21* | 8.42 |
| | Med Pretax | -148.45* | 296.90 |
| | Medical Fsa | -1.00* | 2.00 |
| | Pretax Vision | -6.19* | 12.38 |
| | Vol Life Ee | -1.22 | |
| **Net Pay** | | **$989.84** | |
| Checking 1 | | -989.84 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.53 | 1.06 |
| Pto Acc | | 64.00 |

**Important Notes**
BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA 18944-0176

Advice number: 00000390232
Pay date: 09/28/2023

Deposited to the account of
SKYLYNN S HOWARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6353 | xxxx xxxx | $989.84 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| EIL | 010669 | 410500 | | 0000370237 | 1 |

# Earnings Statement

**ADP**

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

Period Beginning: 08/26/2023
Period Ending: 09/08/2023
Pay Date: 09/14/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

SKYLYNN S HOWARD
1300 FAIRMOUNT AVENUE APT 701
PHILADELPHIA PA  19123

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 72.23 | 1,264.03 | 6,010.04 |
| Overtime | 26.2500 | .25 | 6.56 | 61.69 |
| Holiday | 17.5000 | 8.00 | 140.00 | 140.00 |
| Gross Pay | | | $1,410.59 | 6,211.73 |

Your federal taxable wages this period are $1,250.74

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.53 | 0.53 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.70 | 372.26 |
| | Social Security Tax | -77.58 | 375.25 |
| | Medicare Tax | -18.14 | 87.76 |
| | PA State Income Tax | -38.40 | 185.79 |
| | Philadelphia Income Tax | -52.92 | 232.96 |
| | Richland Twp Local Svc Tax | -2.00 | 10.00 |
| | PA SUI Tax | -0.99 | 4.35 |
| | **Other** | | |
| | Dental Pretax | -4.21* | 4.21 |
| | Med Pretax | -148.45* | 148.45 |
| | Medical Fsa | -1.00* | 1.00 |
| | Pretax Vision | -6.19* | 6.19 |
| | Vol Life Ee | -1.22 | |
| | **Net Pay** | **$981.79** | |
| | Checking 1 | -981.79 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

Advice number: 00000370237
Pay date: 09/14/2023

Deposited to the account of
SKYLYNN S HOWARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6353 | xxxx xxxx | $981.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| EIL | 010669 | 410500 | | 0000350242 | 1 |

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA  18944-0176

**Earnings Statement**   ADP

Period Beginning: 08/12/2023
Period Ending: 08/25/2023
Pay Date: 08/31/2023

SKYLYNN S HOWARD
1300 FAIRMOUNT AVENUE APT 701
PHILADELPHIA PA 19123

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 79.55 | 1,392.13 | 4,746.01 |
| Overtime | 26.2500 | .85 | 22.31 | 55.13 |
| **Gross Pay** | | | **$1,414.44** | 4,801.14 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.34 | 294.56 |
| | Social Security Tax | -87.69 | 297.67 |
| | Medicare Tax | -20.51 | 69.62 |
| | PA State Income Tax | -43.42 | 147.39 |
| | Philadelphia Income Tax | -53.04 | 180.04 |
| | Richland Twp Local Svc Tax | -2.00 | 8.00 |
| | PA SUI Tax | -0.99 | 3.36 |
| **Net Pay** | | **$1,109.45** | |
| Checking 1 | | -1,109.45 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,414.44

© 2000 ADP, Inc.

PENN COMMUNITY BANK
219 S NINTH STREET
PERKASIE, PA 18944-0176

Advice number: 00000350242
Pay date: 08/31/2023

Deposited to the account of
SKYLYNN S HOWARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6353 | xxxx xxxx | $1,109.45 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**