WWR# 041302269

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 23-12943 |
|---|---|
| SKYLYNN HOWARD | CHAPTER 13 |
|  | JUDGE MAGDELINE D. COLEMAN |
| DEBTOR(S) |  |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, WORLD OMNI FINANCIAL CORP.

Please send all further communications, pleadings, court notices, and other documents intended for WORLD OMNI FINANCIAL CORP to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
pitecf@weltman.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 7th day of December, 2023 addressed to:

MICHAEL I ASSAD, Attorney for Debtor
MAIL@CIBIKLAW.COM

KENNETH E WEST, Trustee
1234 MARKET ST STE 1813
PHILADELPHIA, PA 19107
ecfemails@ph13trustee.com

OFFICE OF THE UNITED STATES TRUSTEE USTPRegion03.PH.ECF@usdoj.gov

SKYLYNN HOWARD
1300 FAIRMOUNT AVE UNIT 701
PHILADELPHIA, PA 19123-2473


    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA


    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    BROOKLYN HEIGHTS, OH 44131
    877-338-9484
    pitecf@weltman.com