**WWR#** 041302269

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Skylynn Sierra Howard<br><br>                    Debtor<br><br>World Omni Financial Corp<br><br>                    Movant | Case No. 23-12943-mdc<br><br>CHAPTER 13 |

**ORDER**

AND NOW, this _____ day of _____, 2024, it is Ordered and Decreed that confirmation of the Debtor's Plan is hereby denied.

_____
HONORABLE MAGDELINE D. COLEMAN
U. S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Milos Gvozdenovic, 965 Keynote Circle, Cleveland, OH 44131

Debtor:
Skylynn Sierra Howard, 1300 Fairmount Ave Unit 701, Philadelphia, PA 19123

Debtor's Counsel:
Michael I. Assad, mail@cibiklaw.com

Trustee:
Kenneth E. West, ecfemails@ph13trustee.com

United States Trustee:
USTPRegion03.PH.ECF@usdoj.gov