**WWR#** 041302269

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Skylynn Sierra Howard<br><br>　　　　　　　　　　　Debtor<br>World Omni Financial Corp<br>　　　　　　　　　　　Movant | Case No. 23-12943-mdc<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　　　I, Milos Gvozdenovic, attorney for Creditor, do hereby certify that true and correct copies of the

Objection to Debtor's Plan have been served on the 8th day of January, 2024, upon those listed below:

Service by First-Class Mail:

Skylynn Sierra Howard, Debtor
1300 Fairmount Ave Unit 701
Philadelphia, PA 19123

and Service by NEF/ECF:

Michael I. Assad, Debtor's Attorney at mail@cibiklaw.com
Kenneth E. West, Trustee at ecfemails@ph13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov


　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　Cleveland, OH 44131
　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com