# J.D. POWER

# 2021 Toyota Corolla
## Sedan 4D LE I4 Values

## "EXHIBIT B"

# Pricing & Values

Prices shown for the used **2021 Toyota Corolla Sedan 4D LE I4** with 46,000 miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer. **Edit options.**

## Buy from Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.



**Buy from Dealer**     **Buy Certified from Dealer**     ⓘ

Average Price Paid

# $21,513

Data from **7,342** transactions - Updated 12/03/23

80% of People Paid

# $20,735 - $22,778

Case 23-12943-mdc    Doc 29-4    Filed 01/08/24    Entered 01/08/24 17:25:50    Desc
Exhibit     Page 2 of 2

# Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition. **See definitions.**

| | |
|---|---|
| Base Price | $15,475 |
| Mileage and Options | -$225 |
| **Rough Condition** ℹ | **$15,250** |

| | |
|---|---|
| Base Price | $16,700 |
| Mileage and Options | -$225 |
| **Average Condition** ℹ | **$16,475** |

| | |
|---|---|
| Base Price | $17,675 |
| Mileage and Options | -$225 |
| **Clean Condition** ℹ | **$17,450** |

Looking for values for your business? **J.D. Power Valuation Services** can help.