UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    SKYLYNN SIERRA HOWARD<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-12943-MDC |

CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 26th day of January, 2024 by first class mail upon those listed below:

SKYLYNN SIERRA HOWARD
1300 FAIRMOUNT AVE
UNIT 701
PHILADELPHIA  99999-9999

**Electronically via ECF/System ONLY:**

MICHAEL A CIBIK, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

    */s/ Kenneth E. West, Esq.*
    Kenneth E. West, Esq.
    Standing Chapter 13 Trustee