# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12943-mdc |
| Skylynn Sierra Howard, | Chapter 13 |
| Debtor. | |

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

World Omni Financial Corp  
c/o Weltman, Weinberg & Reis Co LPA  
965 Keynote Circle  
Cleveland, OH 44131

Date: March 27, 2024

Michael A. Cibik (#23110)  
Cibik Law, P.C.  
1500 Walnut Street, Suite 900  
Philadelphia, PA 19102  
215-735-1060  
mail@cibiklaw.com