# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>  Skylynn Sierra Howard<br><br>  Debtor. | Case No. 23-12943<br><br>Chapter 13 |

### Debtor's Motion to Pay Trustee by Wage Attachment

Debtor Skylynn Sierra Howard, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: March 27, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
  Michael A. Cibik (#23110)
  1500 Walnut Street, Suite 900
  Philadelphia, PA 19102
  215-735-1060
  mail@cibiklaw.com