**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12943 |
| Skylynn Sierra Howard, | Chapter 13 |
| Debtor. | SSN: xxx-xx-9975 |

**ORDER DIRECTING EMPLOYER
TO MAKE WAGE DEDUCTION**

Upon motion of Skylynn Sierra Howard, it is hereby **ORDERED** that:

1. Debtor's employer, GP Mobile, LLC. ("the employer") shall pay $353.07 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:

Magdeline D. Coleman
U.S. Bankruptcy Judge

CC:   GP Mobile, LLC
      4515 Lyndon B. Johnson Fwy
      Dallas, TX 75244