WWR# 041302269

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 13 |
| | ) | |
| Skylynn Sierra Howard | ) | BANKRUPTCY NO. 23-12943-mdc |
|     Debtor | ) | |
| | ) | |
| World Omni Financial Corp | ) | |
|     Movant | ) | |
| | ) | Related to Document # 29 |

## PRAECIPE TO WITHDRAW OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

CHECK ONE:

☒   The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated: 04/05/2024

/s/ Milos Gvozdenovic
Milos Gvozdenovic
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com