United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12943-pmm |
| Skylynn Sierra Howard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Apr 08, 2024      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Skylynn Sierra Howard, 1300 Fairmount Ave Unit 701, Philadelphia, PA 19123-2473 |
| | + | GP Mobile, LLC, 4515 Lyndon B. Johnson Fwy, Dallas, TX 75244-5905 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

**Name**      **Email Address**

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Skylynn Sierra Howard help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Skylynn Sierra Howard help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MILOS GVOZDENOVIC

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 2

on behalf of Creditor World Omni Financial Corp mgvozdenovic@weltman.com pitecf@weltman.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Case No. 23-12943

Skylynn Sierra Howard,  Chapter 13

Debtor.

ORDER DIRECTING EMPLOYER
TO MAKE WAGE DEDUCTION

Upon motion of Skylynn Sierra Howard, it is hereby **ORDERED** that:

1. Debtor's employer, **GP Mobile, LLC.** ("the employer") shall pay $353.07 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: **April 8, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge

CC: GP Mobile, LLC
    4515 Lyndon B. Johnson Fwy
    Dallas, TX 75244