EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Skylynn Sierra Howard,**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
|  | : |  |
| **Debtor.** | : | Bky. No.  **23-12943 (PMM)** |

## O R D E R

AND NOW, WHEREAS:

A. The Debtors' counsel Michael Asad ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 50, the "Application").

B. The Application is being considered following the dismissal of this case, consistent with <u>In re Lewis</u>, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. Reasonable and allowable compensation is allowed to the Applicant in the amount of $1,141.50.

E. It is therefore, **ORDERED** that:

1. The Application is **GRANTED**.  The Trustee is authorized to pay counsel <u>**$966.50 (the allowed  amount of $1,141.50 minus $175.00 received pre-petition)**</u>

2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: 6/24/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**